CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:13–cv–05805–JLL–JAD

| | |
|---|---|
| FRANKLIN U.S. RISING DIVIDENDS FUND et al v. AMERICAN INTERNATIONAL GROUP, INC.<br>Assigned to: Judge Jose L. Linares<br>Referred to: Magistrate Judge Joseph A. Dickson<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 09/30/2013<br>Date Terminated: 04/14/2014<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **FRANKLIN U.S. RISING DIVIDENDS FUND** | represented by | **LAWRENCE M. ROLNICK**<br>LOWESTEIN SANDLER, PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>(973) 597–2500<br>Email: lrolnick@lowenstein.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **RICHARD A. BODNAR**<br>LOWENSTEIN SANDLER<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>973–422–6476<br>Email: rbodnar@lowenstein.com<br>*ATTORNEY TO BE NOTICED* |
| | | **SHEILA A. SADIGHI**<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068–1791<br>(973) 597–2500<br>Email: ssadighi@lowenstein.com<br>*ATTORNEY TO BE NOTICED* |
| | | **THOMAS E. REDBURN , JR.**<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>(973) 597–2500<br>Email: tredburn@lowenstein.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND** | represented by | **LAWRENCE M. ROLNICK**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **RICHARD A. BODNAR** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**SHEILA A. SADIGHI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS E. REDBURN , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **FRANKLIN VALUE INVESTORS TRUST–FRANKLIN LARGE CAP VALUE FUND** | represented by | **LAWRENCE M. ROLNICK** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**RICHARD A. BODNAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHEILA A. SADIGHI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS E. REDBURN , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN RISING DIVIDENDS SECURITIES FUND** | represented by | **LAWRENCE M. ROLNICK** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**RICHARD A. BODNAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHEILA A. SADIGHI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS E. REDBURN , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **TEMPLETON FUNDS–TEMPLETON WORLD FUND** | represented by | **LAWRENCE M. ROLNICK** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**RICHARD A. BODNAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHEILA A. SADIGHI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS E. REDBURN , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**FRANKLIN TEMPLETON VARIABLE**　　　represented by　**LAWRENCE M. ROLNICK**
**INSURANCE PRODUCTS**　　　　　　　　　　　　　　　　　(See above for address)
**TRUST–FRANKLIN LARGE CAP**　　　　　　　　　　　　　*LEAD ATTORNEY*
**GROWTH SECURITIES FUND**　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**RICHARD A. BODNAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHEILA A. SADIGHI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS E. REDBURN , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**FRANKLIN TEMPLETON INVESTMENT**　　　represented by　**LAWRENCE M. ROLNICK**
**FUNDS–FRANKLIN US EQUITY FUND**　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**RICHARD A. BODNAR**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SHEILA A. SADIGHI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**THOMAS E. REDBURN , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

represented by

**AMERICAN INTERNATIONAL GROUP, INC.**

BRIAN M. ENGLISH
TOMPKINS, MCGUIRE, WACHENFELD
&BARRY, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102–4070
(973) 622–3000
Email: benglish@tompkinsmcguire.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

AUDRA JAN SOLOWAY
PAUL WEISS RIFKIND WHARTON
&GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
212–373–3289
Email: asoloway@paulweiss.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2013 | Ϊ 1 | COMPLAINT against AMERICAN INTERNATIONAL GROUP, INC., ( Filing and Admin fee $ 400 receipt number 0312–5262304) Jury Demand, filed by FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH SECURITIES FUND, FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON VARIABLE INSURACE PRODUCTS TRUST–FRANKLIN RISING DIVIDENDS SECURITIES FUND, TEMPLETON FUNDS–TEMPLETON WORLD FUND, FRANKLIN U.S. RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN VALUE INVESTORS TRUST–FRANKLIN LARGE CAP VALUE FUND. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Civil Cover Sheet, # 9 Corporate Disclosure (Re Complaint only))(gh, ) (Entered: 10/01/2013) |
| 10/01/2013 | Ϊ 2 | SUMMONS ISSUED as to AMERICAN INTERNATIONAL GROUP, INC., Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *Gail A. Hansen* (gh, ) (Entered: 10/01/2013) |
| 10/31/2013 | Ϊ 3 | MOTION to Transfer Case to *the Southern District of New York* by AMERICAN INTERNATIONAL GROUP, INC.. (Attachments: # 1 Brief, # 2 Text of Proposed Order for Transfer, # 3 Text of Proposed Order for Stay, # 4 Certificate of Service)(ENGLISH, BRIAN) (Entered: 10/31/2013) |
| 10/31/2013 | Ϊ 4 | Corporate Disclosure Statement by AMERICAN INTERNATIONAL GROUP, INC.. (ENGLISH, BRIAN) (Entered: 10/31/2013) |
| 10/31/2013 | Ϊ 5 | DECLARATION re 3 MOTION to Transfer Case to *the Southern District of New York* by AMERICAN INTERNATIONAL GROUP, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Index 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(ENGLISH, BRIAN) (Entered: 10/31/2013) |
| 11/01/2013 | Ϊ | Set Deadlines as to 3 MOTION to Transfer Case to *the Southern District of New York*. Motion set for 12/2/2013 before Judge Jose L. Linares. The motion will be decided on the papers. No appearances required unless notified by the court. (jd, ) (Entered: 11/01/2013) |

| 11/12/2013 | ℸ 6 | Application and Proposed Order for Clerk's Order to extend time to answer. (MCGUIRE, GRANT) (Entered: 11/12/2013) |
|---|---|---|
| 11/12/2013 | ℸ | Clerk`s Text Order – The document 6 Application for Clerk's Order to Ext Answer/Proposed Order submitted by AMERICAN INTERNATIONAL GROUP, INC. has been GRANTED. The answer due date has been set for 11/27/13. (jd, ) (Entered: 11/12/2013) |
| 11/13/2013 | ℸ 7 | Letter from Willaim B. McGuire. (ENGLISH, BRIAN) (Entered: 11/13/2013) |
| 11/18/2013 | ℸ 8 | NOTICE of Appearance by THOMAS E. REDBURN, JR on behalf of All Plaintiffs (REDBURN, THOMAS) (Entered: 11/18/2013) |
| 11/18/2013 | ℸ 9 | NOTICE of Appearance by SHEILA A. SADIGHI on behalf of All Plaintiffs (SADIGHI, SHEILA) (Entered: 11/18/2013) |
| 11/18/2013 | ℸ 10 | NOTICE of Appearance by RICHARD A. BODNAR on behalf of All Plaintiffs (BODNAR, RICHARD) (Entered: 11/18/2013) |
| 11/18/2013 | ℸ 11 | MEMORANDUM in Opposition filed by FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH SECURITIES FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN RISING DIVIDENDS SECURITIES FUND, FRANKLIN U.S. RISING DIVIDENDS FUND, FRANKLIN VALUE INVESTORS TRUST–FRANKLIN LARGE CAP VALUE FUND, TEMPLETON FUNDS–TEMPLETON WORLD FUND re 3 MOTION to Transfer Case to *the Southern District of New York* (Attachments: # 1 Declaration Declaration of Donald G. Taylor, # 2 Declaration Declaration of Lawrence M. Rolnick, # 3 Exhibit Exhibit A to Rolnick Declaration, # 4 Exhibit Exhibit B to Rolnick Declaration, # 5 Exhibit Exhibit C to Rolnick Declaration, # 6 Exhibit Exhibit D to Rolnick Declaration, # 7 Exhibit Exhibit E to Rolnick Declaration, # 8 Exhibit Exhibit F to Rolnick Declaration, # 9 Certificate of Service)(ROLNICK, LAWRENCE) (Entered: 11/18/2013) |
| 11/22/2013 | ℸ 12 | Letter–ORDER that Defendant shall have thirty (30) days from the date of the Order entered by this Court regarding Defendant's pending Motion to Transfer, (ECF No.3), to file an Answer to the Complaint. Signed by Magistrate Judge Joseph A. Dickson on 11/21/13. (jd, ) (Entered: 11/22/2013) |
| 11/22/2013 | ℸ 13 | NOTICE of Appearance by AUDRA JAN SOLOWAY on behalf of AMERICAN INTERNATIONAL GROUP, INC. (SOLOWAY, AUDRA) (Entered: 11/22/2013) |
| 11/25/2013 | ℸ 14 | REPLY BRIEF to Opposition to Motion filed by AMERICAN INTERNATIONAL GROUP, INC. re 3 MOTION to Transfer Case to *the Southern District of New York* (Attachments: # 1 Declaration of Paul A. Paterson, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(ENGLISH, BRIAN) (Entered: 11/25/2013) |
| 12/10/2013 | ℸ 15 | MOTION for Leave to File *Sur–Reply* by FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH SECURITIES FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN RISING DIVIDENDS SECURITIES FUND, FRANKLIN U.S. RISING DIVIDENDS FUND, FRANKLIN VALUE INVESTORS TRUST–FRANKLIN LARGE CAP VALUE FUND, TEMPLETON FUNDS–TEMPLETON WORLD FUND. (Attachments: # 1 Text of Proposed Order, # 2 Brief in Support of Leave, # 3 Exhibit A –– Proposed Sur–Reply, # 4 Exhibit B –– Proposed Supplemental Declaration of D. Taylor, # 5 Certificate of |

| | | Service)(ROLNICK, LAWRENCE) (Entered: 12/10/2013) |
|---|---|---|
| 12/11/2013 | 15 | Set Deadlines as to 15 MOTION for Leave to File *Sur−Reply*. Motion set for 1/6/2014 before Judge Jose L. Linares. The motion will be decided on the papers. No appearances required unless notified by the court. (jd, ) (Entered: 12/11/2013) |
| 12/18/2013 | 16 | TEXT ORDER: In light of Plaintiffs pending Motion for Leave to File Sur−Reply, (ECF No. 15), the Court hereby extends the deadline set by Letter Order, (ECF No. 12), for Defendant to file its Answer until Monday, January 13, 2014. SO ORDERED by Magistrate Judge Joseph A. Dickson on 12/18/13. (nm, ) (Entered: 12/18/2013) |
| 12/18/2013 | 17 | TEXT ORDER: The December 18, 2013 Text Order (ECF No. 16) is hereby vacated. Defendant shall have thirty (30) days from the date this Court enters an Order regarding the pending Motion to Transfer, (ECF No. 3), to file its Answer. SO ORDERED by Magistrate Judge Joseph A. Dickson on 12/18/13. (nm, ) (Entered: 12/18/2013) |
| 12/23/2013 | 18 | MEMORANDUM in Opposition filed by AMERICAN INTERNATIONAL GROUP, INC. re 15 MOTION for Leave to File *Sur−Reply* (ENGLISH, BRIAN) (Entered: 12/23/2013) |
| 12/30/2013 | 19 | REPLY to Response to Motion filed by FRANKLIN MANAGED TRUST−FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS−FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST−FRANKLIN LARGE CAP GROWTH SECURITIES FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST−FRANKLIN RISING DIVIDENDS SECURITIES FUND, FRANKLIN U.S. RISING DIVIDENDS FUND, FRANKLIN VALUE INVESTORS TRUST−FRANKLIN LARGE CAP VALUE FUND, TEMPLETON FUNDS−TEMPLETON WORLD FUND re 15 MOTION for Leave to File *Sur−Reply Memorandum of Law in Reply and in Further Support of Motion* (Attachments: # 1 Certificate of Service)(ROLNICK, LAWRENCE) (Entered: 12/30/2013) |
| 01/02/2014 | 20 | TEXT ORDER: After reviewing the submissions of the Parties regarding Plaintiffs' motion for leave to file a sur−reply (the "Motion for Leave"), (ECF No. 15), in further opposition to the Motion to Transfer, (ECF No. 3), the Court hereby grants the Motion for Leave, (ECF No. 15), and will thus consider the Plaintiffs' submitted sur−reply in deciding the Motion to Transfer. (ECF No. 3). SO ORDERED by Magistrate Judge Joseph A. Dickson on 1/2/14. (nm, ) (Entered: 01/02/2014) |
| 01/09/2014 | 21 | ORDER granting pro hac vice admission as to Daniel J. Kramer and Paul A. Paterson. Signed by Magistrate Judge Joseph A. Dickson on 1/8/14. (jd, ) (Entered: 01/09/2014) |
| 01/14/2014 | | Pro Hac Vice fee as to Daniel J. Kramer and Paul A. Paterson: $ 300.00, receipt number NEW019067 (jd, ) (Entered: 01/14/2014) |
| 01/15/2014 | 22 | Notice of Request by Pro Hac Vice Daniel J. Kramer to receive Notices of Electronic Filings. (ENGLISH, BRIAN) (Entered: 01/15/2014) |
| 01/15/2014 | 23 | Notice of Request by Pro Hac Vice Paul A. Paterson to receive Notices of Electronic Filings. (ENGLISH, BRIAN) (Entered: 01/15/2014) |
| 04/14/2014 | 24 | OPINION. Signed by Magistrate Judge Joseph A. Dickson on 4/14/14. (jd, ) (Entered: 04/14/2014) |
| 04/14/2014 | 25 | ORDER granting 3 Motion to Transfer Case to Southern District of New York; that the Order implementing this decision and transfer shall be stayed for twenty (20) days to accommodate any appeal to the District Court, etc. ***CIVIL CASE TERMINATED. Signed by Magistrate Judge Joseph A. Dickson on 4/14/14. (jd, ) (Entered: 04/14/2014) |
| 04/28/2014 | 26 | |

|  |  |  |
|---|---|---|
|  |  | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH SECURITIES FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN RISING DIVIDENDS SECURITIES FUND, FRANKLIN U.S. RISING DIVIDENDS FUND, FRANKLIN VALUE INVESTORS TRUST–FRANKLIN LARGE CAP VALUE FUND, TEMPLETON FUNDS–TEMPLETON WORLD FUND re 25 Order on Motion to Transfer Case, 24 Opinion (Attachments: # 1 Text of Proposed Order Proposed Order re: Appeal of Magistrate Judge Decision, # 2 Text of Proposed Order Proposed Order Granting Stay, # 3 Brief Brief in Support of Appeal and Motion for Stay, # 4 Certificate of Service, # 5 Declaration of Lawrence Rolnick, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J)(ROLNICK, LAWRENCE) (Entered: 04/28/2014) |
| 04/28/2014 | 27 | Exhibit to 26 Appeal of Magistrate Judge Decision to District Court,,,, by FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH SECURITIES FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN RISING DIVIDENDS SECURITIES FUND, FRANKLIN U.S. RISING DIVIDENDS FUND, FRANKLIN VALUE INVESTORS TRUST–FRANKLIN LARGE CAP VALUE FUND, TEMPLETON FUNDS–TEMPLETON WORLD FUND. (Attachments: # 1 Exhibit K, # 2 Exhibit L, # 3 Exhibit M, # 4 Exhibit N)(ROLNICK, LAWRENCE) (Entered: 04/28/2014) |
| 04/29/2014 | | Set Deadlines as to 26 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH. Motion set for 6/2/2014 before Judge Jose L. Linares. The motion will be decided on the papers. No appearances required unless notified by the court. (jd, ) (Entered: 04/29/2014) |
| 05/19/2014 | 28 | MEMORANDUM in Opposition filed by AMERICAN INTERNATIONAL GROUP, INC. re 26 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH (ENGLISH, BRIAN) (Entered: 05/19/2014) |
| 05/27/2014 | 29 | REPLY to Response to Motion filed by FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH SECURITIES FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN RISING DIVIDENDS SECURITIES FUND, FRANKLIN U.S. RISING DIVIDENDS FUND, FRANKLIN VALUE INVESTORS TRUST–FRANKLIN LARGE CAP VALUE FUND, TEMPLETON FUNDS–TEMPLETON WORLD FUND re 26 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by FRANKLIN MANAGED TRUST–FRANKLIN RISING DIVIDENDS FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS–FRANKLIN US EQUITY FUND, FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST–FRANKLIN LARGE CAP GROWTH *and in further support of motion for stay* (Attachments: # 1 Certificate of Service)(ROLNICK, LAWRENCE) (Entered: 05/27/2014) |

| 07/29/2014 | 30 | OPINION. Signed by Judge Jose L. Linares on 7/29/14. (jd, ) (Entered: 07/29/2014) |
| 07/29/2014 | 31 | ORDER denying 26 Appeal Magistrate Judge Decision to District Court; Pltfs' motion to stay is denied. Signed by Judge Jose L. Linares on 7/29/14. (jd, ) (Entered: 07/29/2014) |