USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 10/22/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANKLIN U.S. RISING DIVIDENDS FUND; FRANKLIN MANAGED TRUST-FRANKLIN RISING DIVIDENDS FUND; FRANKLIN VALUE INVESTORS TRUST-FRANKLIN LARGE CAP VALUE FUND; FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST-FRANKLIN RISING DIVIDENDS SECURITIES FUND; TEMPLETON FUNDS-TEMPLETON WORLD FUND; FRANKLIN TEMPLETON VARIABLE INSURANCE PRODUCTS TRUST-FRANKLIN LARGE CAP GROWTH SECURITIES FUND; and FRANKLIN TEMPLETON INVESTMENT FUNDS-FRANKLIN US EQUITY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.,<br><br>Defendant. | No. 14 Civ. 7008 (DAB) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Franklin U.S. Rising Dividends Fund; Franklin Managed Trust-Franklin Rising Dividends Fund; Franklin Value Investors Trust-Franklin Large Cap Value Fund; Franklin Templeton Variable Insurance Products Trust-Franklin Rising Dividends Securities Fund (n/k/a Franklin Templeton Variable Insurance Products Trust-Franklin Rising Dividends VIP Fund); Templeton Funds-Templeton World Fund; Franklin Templeton Variable Insurance Products Trust-Franklin Large Cap Growth Securities Fund (n/k/a Franklin Templeton Variable Insurance Products Trust-Franklin

Large Cap Growth VIP Fund); and Franklin Templeton Investment Funds-Franklin US Equity Fund (the "Franklin Funds"), by their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss with prejudice, and without costs to either side, all claims made in this action against Defendant.

Dated:   Roseland, New Jersey
         October 15, 2015

                LOWENSTEIN SANDLER LLP

                By: _____
                Lawrence M. Rolnick (lrolnick@lowenstein.com)
                Richard A. Bodnar (rbodnar@lowenstein.com)
                Sheila A. Sadighi (ssadighi@lowenstein.com)
                Thomas E. Redburn, Jr. (tredburn@lowenstein.com)

                65 Livingston Avenue
                Roseland, NJ  07068
                Tel:  (973) 597-1468
                Fax:  (973) 597-2469

                *Attorneys for Plaintiffs the Franklin Funds*

**SO ORDERED**

_Deborah A. Batts_   10/22/15
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE